IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMIR REID,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **BERNADETTE MASON, et al.,** | : | NO. 22-cv-1798 |
| *Respondents*. | : | |

# ORDER

**NOW**, this **22nd** day of **February 2024**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), the Commonwealth's Response and Supplemental Response (ECF Nos. 10, 24), Petitioner's Reply (ECF No. 25), Petitioner's Motion for Discovery (ECF No. 17), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (ECF No. 43), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski (ECF No. 43) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* (ECF No. 1) is **DISMISSED**;

3. The Motion for Discovery (ECF No. 17) is **DENIED**; and

4. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**